

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-12-01165-CV

Trial Court Cause
Number: 1174311

Style: Port Arthur Steam Energy LP

**v** Oxbow Calcining LLC

Date motion filed[*]: April 19, 2013

Type of motion: Unopposed motion for extension of time to file reply brief

Party filing motion: Appellant

Document to be filed: reply brief

Is appeal accelerated? No

If motion to extend time:

    Original due date: May 7, 2013

    Number of previous extensions granted: 0

    Date Requested: 30 days

Ordered that motion is:

    X  Granted

If document is to be filed, document due: **June 6, 2013**

Judge's signature: /s/ Jane Bland
           Acting individually

Date: April 22, 2013